SHERMAN E. DAY v. MAX EIBERT and Others.[1]

June 11, 1897.

Nos. 10,506—(143).

**Assignment of Errors—Appeal.**

*Held*, that, the appellant having failed to make any assignment of errors as required by rule nine of this court, the order appealed from is affirmed.

Appeal by defendants from an order of the district court for Ramsey county, Willis, J., appointing a receiver to take possession of certain mortgaged premises. Affirmed.

*Wm. Pitt Murray* and *Alva R. Hunt*, for appellants.

*A. R. Moore, S. E. Day* and *Markham, Moore & Markham* for respondents.

BUCK, J. The appellants having failed to make any assignment of errors as required by rule nine of this court, the order appealed from is affirmed.

[1] Reported in 71 N. W. 615.